UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GERALDINE HEARD-RODRIGUEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS BANK, FSB, a Federally Chartered Bank; WELLS FARGO BANK, NATIONAL ASSOCIATION, a Federally Chartered Bank; WACHOVIA MORTGAGE LOAN TRUST, LLC SERIES 2007-A TRUST, a securitized trust formed in the State of New York; NDEX WEST, LLC, a Delaware Limited Liability Company; HSBC BANK USA, a Federally Chartered Bank; and DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants | CASE NO.:  8:12-cv-00129-CJC(JPRx)<br><br>[Assigned to the Hon. Cormac J. Carney, Courtroom 9B]<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

      In accordance with this Court's order filed June 5, 2012, dismissing plaintiffs' complaint with prejudice,

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

      1.    Judgment of dismissal with prejudice is entered in favor of defendant

Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued herein as "World Savings Bank, FSB, a Federally Chartered Bank," "Wells Fargo Bank, National Association, a Federally Chartered Bank," and "Wachovia Mortgage Loan Trust, LLC Series 2007-A Trust" ) ("Wells Fargo");

2. Plaintiff shall recover nothing from Wells Fargo; and

3. As the prevailing party, Wells Fargo shall be entitled to file motions to tax costs and for reasonable attorneys' fees.

DATED:  7/12/12

THE HON. CORMAC J. CARNEY
UNITED SATES DISTRICT JUDGE